220 So.2d 455

**Joseph N. GREMILLIEN**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, Angola, Louisiana.**

**No. 49744.**

March 28, 1969.

In re: Joseph N. Gremillien applying for writs of mandamus and habeas corpus.

Application denied. Since relator has begun execution of his sentence, the trial judge is without authority to amend or change the sentence in any respect. See Art. 881 C.Cr.P. Dominick v. Parish of St. Charles, 253 La. 326, 217 So.2d 415, and

Wright v. Parish of East Baton Rouge, 253 La. 620, 218 So.2d 899.